UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

DESHION IRISH
          Defendant.
------------------------------------------------------------x

21 Cr 615  (VB)

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated October 12, 2021, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: December 2, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge