UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____US_____,
                        Plaintiff(s),

v.

_____Irish_____,
                        Defendant(s).
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/24
```

**CALENDAR NOTICE**

21 CR 615 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/ re-scheduled for:

✓ Status conference (V.O.S.R.)
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
___ Sentencing

on __6-11-__, 20_24_, at _10:00 AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _5/21/24_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _5-14-_, 20_24_
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge