UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA

-v-

DESHION IRISH,

                Defendant.

No. 21-cr-615 (VB)

~~PROPOSED~~ ORDER

Vincent L. Briccetti, U.S. District Judge:

    As an additional condition of supervised release, the Court hereby orders a modification of the current Conditions of Supervised Release, to include:

1. You must reside in a Residential Re-Entry Center for a period of 60 days, during which time you must not be permitted to leave the facility except for work, religious observance, education, drug treatment, or other acceptable reasons as approved by the Probation Department. You must abide by all the rules and regulations of the Residential Re-Entry Center, which shall include a subsistence payment to the facility based upon income earned.

[Continued on next page]

SO ORDERED.

Dated: June 20, 2024
       White Plains, New York

_____
Vincent L. Briccetti
U.S. District Judge