```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

                                                     21-CR-615(VB)

     -against-                                       JUDICIAL ORDER

Deshion Irish


----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/24

Vincent L. Briccetti, United States District Judge:

It is hereby ORDERED that the supervisee, Deshion Irish (DOB:03/05/1994), shall be monitored by the form of location monitoring indicated below for a period of 90-days and shall abide by all technology requirements. Mr. Irish shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the Probation Officer.

   X Location Monitoring technology at the discretion of the officer

   X You are restricted to your residence Monday through Thursday from 8:00pm to 8:00 am, and Friday through Sunday from 10:00 pm to 8:00 am, or as otherwise directed by the supervising officer. (curfew)

1

Additionally, if the supervisee is not employed, and is not excused from employment, he must complete 25 hours of community service per week at a program approved by the Probation Officer. He must provide the Probation Officer each week with written verification of completed community service hours.

Dated: ~~New York, New York~~ White Plains, NY October 10th, 2024

Vincent L. Briccetti
United States District Judge